1

2

3

4

5

6

7

8                                    IN THE UNITED STATES DISTRICT COURT

9                                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                           SAN FRANCISCO DIVISION

11

12

**FERMIN G. ESQUIVEL,**                          Case No. 15-cv-05357-WHO (PR)

13
                                    Petitioner,   **ORDER**
14

15              **v.**

16      **HEIDI LACKNER, Warden,**

17                                   Respondent.

18

19          GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until June

20   10, 2016, to file his response to the application for writ of habeas corpus.  If Respondent files an

21   answer and Petitioner wishes to respond, he shall do so by filing a traverse with the Court and

22   serving it on Respondent's counsel within thirty (30) days of the date the answer is filed.

23
     Dated:  May 10, 2016
24                                                   The Honorable William H. Orrick

25

26

27

28

                                                    1

                                                                                Order (15-cv-05357-WHO (PR))